UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: HAGEN, RONALD D. § | Case No. 10-74410 |
| HAGEN, TERRIL L. § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 05/14/2012 in Courtroom 1100, United States Courthouse,
Stanley J. Roszkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 03/26/2012         By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: HAGEN, RONALD D. § Case No. 10-74410
HAGEN, TERRIL L. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 18,678.99

*and approved disbursements of*  $ 0.00

*leaving a balance on hand of* [1]  $ 18,678.99

**Balance on hand:**  $ 18,678.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 18,678.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,617.90 | 0.00 | 2,617.90 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 1,023.75 | 0.00 | 1,023.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 21.00 | 0.00 | 21.00 |

Total to be paid for chapter 7 administration expenses:  $ 3,662.65
Remaining balance:  $ 15,016.34

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,016.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 15,016.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,885.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 2,962.70 | 0.00 | 512.05 |
| 2 | FIA CARD SERVICES, N.A. | 6,414.52 | 0.00 | 1,108.61 |
| 3 | FIA CARD SERVICES, N.A. | 11,643.04 | 0.00 | 2,012.25 |
| 4 | American InfoSource LP as agent for | 10,647.11 | 0.00 | 1,840.13 |
| 5 | Chase Bank USA NA | 15,462.37 | 0.00 | 2,672.34 |
| 6 | Chase Bank USA NA | 1,138.41 | 0.00 | 196.75 |
| 7 | Capital One, N.A. | 1,010.44 | 0.00 | 174.63 |
| 8 | Josephine Hagen | 35,000.00 | 0.00 | 6,049.01 |
| 9 | Sallie Mae | 2,607.04 | 0.00 | 450.57 |

Total to be paid for timely general unsecured claims: $ 15,016.34
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-74410-MB
Ronald D. Hagen                                                       Chapter 7
Terril L. Hagen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: Apr 10, 2012
                              Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2012.
```
db/jdb     +Ronald D. Hagen,    Terril L. Hagen,    851 Brandt Drive,    Lake in the Hills, IL 60156-1561
16079323   +Baxter Ecu,    400 N Lakeview Pak,    Vernon Hills, IL 60061-1854
18052555   +Capital One, N.A.,    c/o Creditors Bankrupcty Service,    P.O. Box 740933,   Dallas, TX 75374-0933
16079326   +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16079325   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16079324   +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
18032124    Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
16079327   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17974737    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16079329   +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
16079332   +Josephine Hagen,    194 Jefferson Lane,    Streamwood, IL 60107-1372
16079334    Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
16079335    Ryan Hagen,    851 Brent Drive,    Lake in the Hills, IL 60156
18099548   +Sallie Mae,    c/o Sallie Mae Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
16079336   +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
16079337   +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16079331     E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 11 2012 01:30:34     Honda,    POB 60001,
              City of Industry CA 91716-0001
16079321     E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 11 2012 01:30:34     American Honda Finance,
              2170 Point Blvd Ste 100,    Elgin, IL 60123
17964022     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2012 02:12:49
              American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
16079330    +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2012 01:43:43     Gemb/Sams Club,    Po Box 981400,
              El Paso, TX 79998-1400
16079333    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 11 2012 01:27:48     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16079322   ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
16079328   ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2012**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave            Page 2 of 2              Date Rcvd: Apr 10, 2012
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2012 at the address(es) listed below:

```
          Megan G Heeg     on behalf of Trustee Megan Heeg heeg@egbbl.com
          Megan G Heeg    heeg@egbbl.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Winston  Slater    on behalf of Debtor Ronald Hagen attorney@winstonSlater.com
                                                                                  TOTAL: 4
```