**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: HAGEN, RONALD D. § Case No. 10-74410 | |
| HAGEN, TERRIL L. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $316,001.38               Assets Exempt: $83,414.38
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,016.34    Claims Discharged
                                               Without Payment: $72,755.29

Total Expenses of Administration: $3,662.65

---

    3) Total gross receipts of $   18,678.99   (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00   (see **Exhibit 2**), yielded net receipts of $18,678.99
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $304,682.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,662.65 | 3,662.65 | 3,662.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,827.00 | 86,885.63 | 86,885.63 | 15,016.34 |
| **TOTAL DISBURSEMENTS** | $387,509.00 | $90,548.28 | $90,548.28 | $18,678.99 |

4) This case was originally filed under Chapter 7 on August 31, 2010. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012         By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent or noncontingent interests in estate | 1129-000 | 18,678.99 |
| **TOTAL GROSS RECEIPTS** | | **$18,678.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 5,735.00 | N/A | N/A | 0.00 |
| NOTFILED | Baxter Ecu | 4110-000 | 6,653.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 236,915.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 55,379.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$304,682.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,617.90 | 2,617.90 | 2,617.90 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 1,023.75 | 1,023.75 | 1,023.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | | N/A | 21.00 | 21.00 | 21.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | **$3,662.65** | **$3,662.65** | **$3,662.65** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 2,962.00 | 2,962.70 | 2,962.70 | 512.05 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | 6,206.00 | 6,414.52 | 6,414.52 | 1,108.61 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 11,419.00 | 11,643.04 | 11,643.04 | 2,012.25 |
| 4 | American InfoSource LP as agent for | 7100-000 | 10,647.00 | 10,647.11 | 10,647.11 | 1,840.13 |
| 5 | Chase Bank USA NA | 7100-000 | 15,462.00 | 15,462.37 | 15,462.37 | 2,672.34 |
| 6 | Chase Bank USA NA | 7100-000 | 1,040.00 | 1,138.41 | 1,138.41 | 196.75 |
| 7 | Capital One, N.A. | 7100-000 | 963.00 | 1,010.44 | 1,010.44 | 174.63 |
| 8 | Josephine Hagen | 7100-000 | 30,000.00 | 35,000.00 | 35,000.00 | 6,049.01 |
| 9 | Sallie Mae | 7100-000 | 3,242.00 | 2,607.04 | 2,607.04 | 450.57 |
| NOTFILED | Gemb/Sams Club | 7100-000 | 845.00 | N/A | N/A | 0.00 |
| NOTFILED | Macysdsnb | 7100-000 | 41.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$82,827.00** | **$86,885.63** | **$86,885.63** | **$15,016.34** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74410  
**Case Name:** HAGEN, RONALD D.  
HAGEN, TERRIL L.  
**Period Ending:** 08/21/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/31/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/19/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 851 Brandt Drive, Lake in the Hills, IL 60156 Pr<br>    Orig. Asset Memo: Orig. Description: 851 Brandt Drive, Lake in the Hills, IL 60156 Principal residence; Imported from original petition Doc# 1 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand.<br>    Orig. Asset Memo: Orig. Description: Wallet cash.; Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: Savings account.; Imported from original petition Doc# 1 | 1.38 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: 2 checking accounts.; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: Scott Trade; Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c<br>    Orig. Asset Memo: Orig. Description: 1 business checking account (Snacks R Us).; Imported from original petition Doc# 1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings, including audio<br>    Orig. Asset Memo: Orig. Description: Ordinary furniture, 4 year old 50" Samsung Plasma TV, 14 year old Hitachi projection TV, 10 year old small stereo, 2 vintage 2004 desktop computers, 2002 laptop (inop), tools including some power tools, 10 year old riding mower, and miscellaneous personal and household items.; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel.<br>    Orig. Asset Memo: Orig. Description: Necessary apparel.; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Furs and jewelry.<br>    Orig. Asset Memo: Orig. Description: Wedding ring.; Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 10 | Firearms and sports, photographic and other hobb | 100.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74410  
**Case Name:** HAGEN, RONALD D.  
HAGEN, TERRIL L.  
**Period Ending:** 08/21/12

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/31/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/19/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Orig. Description: Fishing gear.; Imported from original petition Doc# 1 | | | | | |
| 11   Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: Miscellaneous HO train track and cars given to Debtor husband by grandfather. Unknown value, however, had train collect appraise and the collector didn't even make an offer.; Imported from original petition Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 12   Firearms and sports, photographic and other hobb<br>Orig. Asset Memo: Orig. Description: Pool table.; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 13   Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: 401(K) (husband); Imported from original petition Doc# 1 | 76,000.00 | 0.00 | DA | 0.00 | FA |
| 14   Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: Snacks R Us. This is Debtors' unincorporated d/b/a that attempted to sell snacks from vending machines (5) that Debtors were induced to purchase at high cost, but that Debtors have not been able to liquidate. Three of the five machines are currently revenue producing, but as can be seen from Debtors' Schedule C, this business currently produces only tax losses. The resideal (minimal) value of the machines is set forth elsewhere in this petition as "tools of the trade" as this business has no legal status and the machines are technically the property of the Debtors.; Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 15   Contingent or noncontingent interests in estate | 14,927.00 | 18,678.99 | | 18,678.99 | FA |
| 16   Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2001 Toyota Highlander; Imported from original petition Doc# 1 | 7,400.00 | 0.00 | DA | 0.00 | FA |
| 17   Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2006 Scion (this is Debtors' son's car, but Debtor is on title and | 9,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74410  
**Case Name:** HAGEN, RONALD D.  
HAGEN, TERRIL L.  
**Period Ending:** 08/21/12

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/31/10 (f)  
**§341(a) Meeting Date:** 10/15/10  
**Claims Bar Date:** 01/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | loan); Imported from original petition Doc# 1 |  |  |  |  |  |
| 18 | Machinery, fixtures, equipment and supplies used<br>  Orig. Asset Memo: Orig. Description: Five vending<br>machines.; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | **Assets Totals** (Excluding unknown values) | **$330,928.38** | **$18,678.99** |  | **$18,678.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 15, 2011   **Current Projected Date Of Final Report (TFR):**   March 22, 2012  (Actual)

Printed: 08/21/2012 10:05 AM   V.13.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-74410  
**Case Name:** HAGEN, RONALD D.  
HAGEN, TERRIL L.  
**Taxpayer ID #:** **-***5107  
**Period Ending:** 08/21/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/12 | {15} | Estate of Alcus Hughes | probate distribution | 1129-000 | 18,678.99 | | 18,678.99 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.89 | 18,647.10 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.93 | 18,610.17 |
| 05/17/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -68.82 | 18,678.99 |
| 05/29/12 | 1001 | MEGAN G. HEEG | Dividend paid 100.00% on $2,617.90, Trustee Compensation; Reference: | 2100-000 | | 2,617.90 | 16,061.09 |
| 05/29/12 | 1002 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,023.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,023.75 | 15,037.34 |
| 05/29/12 | 1003 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $21.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 21.00 | 15,016.34 |
| 05/29/12 | 1004 | American InfoSource LP as agent for | Dividend paid 17.28% on $2,962.70; Claim# 1; Filed: $2,962.70; Reference: X1497 | 7100-000 | | 512.05 | 14,504.29 |
| 05/29/12 | 1005 | FIA CARD SERVICES, N.A. | Dividend paid 17.28% on $6,414.52; Claim# 2; Filed: $6,414.52; Reference: X4689 | 7100-000 | | 1,108.61 | 13,395.68 |
| 05/29/12 | 1006 | FIA CARD SERVICES, N.A. | Dividend paid 17.28% on $11,643.04; Claim# 3; Filed: $11,643.04; Reference: X2227 | 7100-000 | | 2,012.25 | 11,383.43 |
| 05/29/12 | 1007 | American InfoSource LP as agent for | Dividend paid 17.28% on $10,647.11; Claim# 4; Filed: $10,647.11; Reference: X9441 | 7100-000 | | 1,840.13 | 9,543.30 |
| 05/29/12 | 1008 | Chase Bank USA NA | Dividend paid 17.28% on $15,462.37; Claim# 5; Filed: $15,462.37; Reference: X4688 | 7100-000 | | 2,672.34 | 6,870.96 |
| 05/29/12 | 1009 | Chase Bank USA NA | Dividend paid 17.28% on $1,138.41; Claim# 6; Filed: $1,138.41; Reference: X8102 | 7100-000 | | 196.75 | 6,674.21 |
| 05/29/12 | 1010 | Capital One, N.A. | Dividend paid 17.28% on $1,010.44; Claim# 7; Filed: $1,010.44; Reference: X10192 | 7100-000 | | 174.63 | 6,499.58 |
| 05/29/12 | 1011 | Josephine Hagen | Dividend paid 17.28% on $35,000.00; Claim# 8; Filed: $35,000.00; Reference: | 7100-000 | | 6,049.01 | 450.57 |
| 05/29/12 | 1012 | Sallie Mae | Dividend paid 17.28% on $2,607.04; Claim# 9; Filed: $2,607.04; Reference: 991861789110006200060201 | 7100-000 | | 450.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,678.99 | 18,678.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 18,678.99 | 18,678.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,678.99** | **$18,678.99** | |

{} Asset reference(s)

Printed: 08/21/2012 10:05 AM V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-74410  
**Case Name:** HAGEN, RONALD D.  
HAGEN, TERRIL L.  
**Taxpayer ID #:** **-***5107  
**Period Ending:** 08/21/12

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-65 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******21-65** | **18,678.99** | **18,678.99** | **0.00** |
| | $18,678.99 | $18,678.99 | $0.00 |

{} Asset reference(s)      Printed: 08/21/2012 10:05 AM    V.13.03